Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
2018 AUG -7 P 12: 40
U.S. DISTRICT COURT
N.D. OF ALABAMA

SHAHNAZ POURSAIED
3930 PULASKI PIKE
APT # C-14
HUNTSVILLE, AL 35810

_____

**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*

-v-

MEDICAL SOLOUTIONTS TRAVEL NURSING AGANCY.
NORTON BROWNSBORO HOSPITAL.

_____

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 5:18 CV 1246 UJH-VEH
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  The Parties to This Complaint

  A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name           SHAHNAZ POURSAIED
   Street Address 3930 PULASKI PIKE NW
   City and County APT # C-14
   State and Zip Code HUNTSVILLE, AL 35810
   Telephone Number (336) 749-9854
   E-mail Address  goldciffran@aol.com

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

_____     _____
Date                            Participant Signature

B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
   Name                      MEDICAL SOLOUTIONS TRAVEL NURSING
   Job or Title (if known)   HEAD QUARTER
   Street Address            1010 N. 102nd ST
   City and County           SUITE 300
   State and Zip Code        OMAHA, NE 68114
   Telephone Number
   E-mail Address (if known)

Defendant No. 2
   Name                      HUMAN RESOURCES
   Job or Title (if known)   NORTON BROWNSBORO HOSPITAL
   Street Address            ~~4460~~ 4960 NORTON HEALTHCARE BLVD
   City and County           LOUISVILLE, KY 40241
   State and Zip Code
   Telephone Number
   E-mail Address (if known)

Defendant No. 3
   Name
   Job or Title (if known)
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address (if known)

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

- Name
- Street Address
- City and County
- State and Zip Code
- Telephone Number

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☑ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☑ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

05-16-2018

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☑ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

   - ☐ race
   - ☐ color
   - ☑ gender/sex  FEMALE, HETROSEXUAL
   - ☑ religion
   - ☑ national origin  IRANIAN
   - ☑ age *(year of birth)*  1971   *(only when asserting a claim of age discrimination.)*
   - ☑ disability or perceived disability *(specify disability)*

E.  The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

COPY of CHARGE LETTER ATTACHED

IV. **Exhaustion of Federal Administrative Remedies**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

05-16-2018

B.  The Equal Employment Opportunity Commission *(check one)*:

   - ☐ has not issued a Notice of Right to Sue letter.
   - ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 07-17-2018

   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☒ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

—) SERIOUS DAMAGE TO MY EMOTIONS & CONFIDENCE BY STATMENT OF:
  — NO PATIENT'S FAMILY WANT ME AROUND THEIR LOVED ONE, AS THEY FEEL UNSAFE AROUND ME.

—) PHYSICAL DAMAGE BY CAUSING PANICK ATTACK & STOP HEALTH INSURANCE ON SAME DAY OF FIRE FROM WORK.

—) FINANCIAL DAMAGE OF LOSING 15,500 USD AS RESULT OF LOSING JOB & STAY WITHOUT PAY FOR 10 WEEKS.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08-07-2018

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: SHAHNAZ POURSAIED

—) REQUEST FOR FIVE HUNDRED THOUSAND DOLLAR FOR SERIOUS DISCRIMINATION & HATE TOWARDS ME - FOR SERIOUS DAMAGE TO MY HEALTH

**B.** **For Attorneys**

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To | Agency(ies) Charge No(s). |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2018-02789 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shahnaz N. Poursaied | (336) 749-9854 | 1971 |

Street Address: 3930 Pulaski Pike, Apt. C-14, Huntsville, AL 35810

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NORTON BROWNSBORO HOSPITAL | 100+ | (502) 446-8000 |

Street Address: 4960 Norton Healthcare Blvd, Louisville, KY 40241

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-16-2018    Latest: 05-16-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am female Middle Eastern National origin with disability in protected age group. I was hired by Medical Solution Travel Agency in February 2018 as Registered Nurse. I performed my job in satisfactory manner.

I have successfully completed one assignment for the above-named employer. I started new assignment at Norton Brownsboro Hospital in Louisville, Kentucky on approximately April 9, 2018. Just after working 3 nights in the hospital I was notified by Paul DiBattista, Requirter of Medical Solution Travel Agency of a complaints by Norton Brownsboro Hospital which included that a) I had yelled, when I had not, b) I did not have stethoscope, c) One of my scrub did not have matching pant. I immediately purchased stethoscope and scrub which was been paid by Medical Solution Travel Agency. Hospital never informed to me directly about any complaint and rather I was appreciated for my performance on managing emergency and was rewarded with gift coupon.

On last day working in the hospital, I was been assigned to 4 patients in my assigned work place and

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 6-22-2018

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

| CHARGE OF DISCRIMINATION | Charge Presented To. | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 420-2018-02789 |
| | | and EEOC |
| | State or local Agency, if any | |

then was floated to Emergency Room after 12.00 MN which I had to take care of another 4 patients. I had total of 8 patients instead of maximum ratio of 4:1 per hospital policy. I worked without any break on the last working day there.

On May 16, 2018 at 14:24 I received text massage from Aaron Bogren with Medical Solutions saying: Please do not return to the hospital until we speak. I immediately called him and he said: Norton Brownsboro Hospital has fired me and they will not hire me again in future and also Medical Solution Travel agency terminate me too. I asked for reason and if possible mail me copy of hospital's complaints against me. He said: he cannot mail me the reason but will let me know on phone. He gave few reason which were all false and discriminatory in nature but Main reason for discharge which caused me panic attack is as written below as stated by Mr Bogren on phone:

"No family of patients want me in their patients' room as they feel unsafe around me". And hospital is done by coaching me which is again false statement as hospital never communicated with me directly about any of their complaints.

I was about to have panic attack hearing this as I felt very discriminated and unwanted. I asked for any particular family of patients name who complaint against me? but Mr Bogren, said: complaint is from every patient's family that I worked with while working with Norton Brownsboro Hospital.

I got panic attack as I felt extremely discriminated. I had medical and psychological complications as result of this as I have no other source of pay and stop me to earn caused serious hardship. Medical Solution not only terminated me but also stopped the health insurance on same day of fire which kept my health at risk. Medical Solution avoided any correspondence thereafter and was refusing to pay even for last 26 hours that I worked which was paid after contacting Kentucky wages and labour but still Medical Solution did not pay for the remaining 7 weeks of contract and refused to provide me with the copy of signed contract.

I am not aware of anyone who have been harassed and discharged in similar manner.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 6-22-2018         [signature]  Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 420-2018-02442 and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shahnaz N. Poursaied | (336) 749-9854 | 1971 |

Street Address: 3930 Pulaski Pike, Apt. C-14, Huntsville, AL 35810

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MEDICAL SOLUTION TRAVEL AGENCY | 15 - 100 | (513) 657-7490 |

Street Address: 1010 North 102nd Street, Suite 300, Omaha, NE 68114

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [X] SEX  [X] RELIGION  [X] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-16-2018   Latest: 05-16-2018
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am female Middle Eastern National origin with disability in protected age group. I was hired by Medical Solution Travel Agency in February 2018 as Registered Nurse. I performed my job in satisfactory manner.

I have successfully completed one assignment for the above-named employer. I started new assignment at Norton Brownsboro Hospital in Louisville, Kentucky on approximately April 9, 2018. Just after working 3 nights in the hospital I was notified by Paul DiBattista ,Requirter of Medical Solution Travel Agency of a complaints by Norton Brownsboro Hospital which included that a) I had yelled
, when I had not, b) I did not have stethoscope, c) One of my scrub did not have matching pant. I immediately purchased stethoscope and scrub which was been paid by Medical Solution Travel Agency. Hospital never informed to me directly about any complaint and rather I was appreciated for my performance on managing emergency and was rewarded with gift coupon.
On last day working in the hospital, I was been assigned to 4 patients in my assigned work place and

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct

Date: 6-22-2018

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s)<br>420-2018-02442 |
|---|---|---|
| | State or local Agency, if any | and EEOC |

then was floated to Emergency Room after 12.00 MN which I had to take care of another 4 patients. I had total of 8 patients instead of maximum ratio of 4:1 per hospital policy. I worked without any break on the last working day there.

On May 16, 2018 at 14:24 I received text massage from Aaron Bogren with Medical Solutions saying: Please do not return to the hospital until we speak. I immediately called him and he said: Norton Brownsboro Hospital has fired me and they will not hire me again in future and also Medical Solution Travel agency terminate me too. I asked for reason and if possible mail me copy of hospital's complaints against me. He said: he cannot mail me the reason but will let me know on phone. He gave few reason which were all false and discriminatory in nature but Main reason for discharge which caused me panic attack is as written below as stated by Mr Bogren on phone:

"No family of patients want me in their patients' room as they feel unsafe around me". And hospital is done by coaching me which is again false statement as hospital never communicated with me directly about any of their complaints.

I was about to have panic attack hearing this as I felt very discriminated and unwanted. I asked for any particular family of patients name who complaint against me? but Mr Bogren, said: complaint is from every patient's family that I worked with while working with Norton Brownsboro Hospital.

I got panic attack as I felt extremely discriminated. I had medical and psychological complications as result of this as I have no other source of pay and stop me to earn caused serious hardship. Medical Solution not only terminated me but also stopped the health insurance on same day of fire which kept my health at risk. Medical Solution avoided any correspondence thereafter and was refusing to pay even for last 26 hours that I worked which was paid after contacting Kentucky wages and labour but still Medical Solution did not pay for the remaining 7 weeks of contract and refused to provide me with the copy of signed contract.

I am not aware of anyone who have been harassed and discharged in similar manner.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct<br><br>6-22-2018<br>Date    Charging Party Signature | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
|---|---|

EEOC Form 161 (11/16)        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Shahnaz N. Poursaied<br>3930 Pulaski Pike, Apt. C-14<br>Huntsville, AL 35810 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2018-02442 | MICHAEL G. ALBERT,<br>Investigator | (205) 212-2111 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)      *[signature]*      AUG 17 2018
           BRADLEY A. ANDERSON,
           District Director          *(Date Mailed)*

cc:    **MEDICAL SOLUTION TRAVEL AGENCY**
      C/o Aaron Bogren
      Human Resources Director
      1010 North 102nd Street, Suite 300
      Omaha, NE 68114